## IN THE SUPREME COURT OF THE STATE OF NEVADA

STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIVISION,

Appellant,

vs.

SIERRA NATIONAL CORPORATION, D/B/A THE LOVE RANCH, A NEVADA CORPORATION,

Respondent.

No. 75392

**FILED**

JUN 18 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Todd Russell, District Judge
David Wasick, Settlement Judge
State of Nevada/DETR
Holland & Hart LLP/Reno
Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-23188